**LESLIE J. HUGHES** (Col. Bar No. 15043)
Email: Hugheslj@sec.gov
**JACQUELINE M. MOESSNER** (N.Y. Bar No. 4456521)
Email: Moessnerj@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, Colorado 80294-1961
Telephone: (303) 844-1000
Facsimile: (303) 297-3529

Local Counsel:
**DOUGLAS M. MILLER** (Cal. Bar No. 240398)
Email: Millerdou@sec.gov
Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DAVID HOWARD WELCH, MARC JAY BRYANT, JOHN CHARLES KNIGHT, PERRY DOUGLAS WEST, BIO-GLOBAL RESOURCES, INC., DIVERSIFIED EQUITIES, INC., DIVERSIFIED EQUITIES DEVELOPMENT, INC., and NEW GLOBAL ENERGY, INC.,<br><br>　　　　　Defendants. | Case No. EDCV 17-1968-JFW (AGRx)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND AGREED MOTION FOR ENTRY OF PERMANENT INJUNCTION AGAINST DEFENDANTS JOHN CHARLES KNIGHT AND DIVERSIFIED EQUITIES, INC.**<br><br>Date: 　December 11, 2017<br>Time: 　1:30 p.m.<br>Ctrm: 　7A<br>Judge: 　Hon. John F. Walter |

**TO ALL DEFENDANTS AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on December 11, 2017, or as soon thereafter as this motion may be heard, before the Honorable John F. Walter, in courtroom 7A of the United States District Court for the Central District of California, at 350 W. 1st Street, Los Angeles, California, Plaintiff Securities and Exchange Commission will submit this agreed motion for entry of judgments for permanent injunctions against Defendants John Charles Knight ("Knight") and Diversified Equities, Inc. ("DEI"), based upon their consents that are filed with this unopposed motion.

The Plaintiff Securities and Exchange Commission ("SEC") moves for entry of a permanent injunction and judgment against:

a)   Defendant Knight enjoining him from violating Section 5 of the Securities Act of 1933 ("Securities Act") and Sections 15(a) and 20(b) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. §§ 77e 78o(a); 15 U.S.C. §78t(b)]; barring him from participating in any offering of a penny stock; and upon submission of a separate motion of the Commission, the Court shall determine the amount of disgorgement plus prejudgment interest and whether civil penalties pursuant to Section 20(d)(2) of the Securities Act and Section 21(d)(3) of the Exchange Act [15 U.S.C. §§ 77t(d)(2), 78u(d)(3)] are appropriate and, if so, the amount of the penalty.  Knight consented to entry of the permanent injunction without admitting or denying the allegations of the Complaint.  A copy of Knight's consent is submitted with this motion.

b)   Defendant Diversified Equities, Inc. enjoining it from violating Section 5 of the Securities Act and Section 15(a) of the Securities Exchange Act [15 U.S.C. §§ 77e 78o(a)]; barring it from participating in any offering of a penny stock; and upon submission of a separate motion of the Commission, the Court shall determine the amount of disgorgement plus prejudgment interest and whether civil penalties pursuant to Section 20(d)(2) of the Securities Act and Section 21(d)(3) of the Exchange Act [15 U.S.C. §§ 77t(d)(2), 78u(d)(3)] are appropriate and, if so, the

amount of the penalty.  Diversified Equities, Inc., consented to entry of the permanent injunction without admitting or denying the allegations of the Complaint.  A copy of DEI's consent is submitted with this motion.

The SEC requests that the Court enter judgments against Knight and DEI under Fed. R. Civ. P. 54(b).

Pursuant to L.R. 7-3, undersigned counsel for the SEC conferred with counsel for Mr. Knight and DEI, who has no objection to SEC filing this agreed motion for entry of judgment against Mr. Knight and DEI.  In the consents signed by Mr. Knight and DEI on August 11, 2017, they both agree in paragraph 16 that the SEC may submit the motion for entry of judgment and their consents without further notice to them.

Dated:  November 9, 2017

Respectfully submitted,

/s/ Leslie J. Hughes
LESLIE J. HUGHES
Attorney for Plaintiff
Securities and Exchange Commission

# CERTIFICATE OF SERVICE

I certify that on November 9, 2017, I caused true and correct copies of the foregoing to be served on the following by overnight mail:

| | |
|---|---|
| David Howard Welch<br>Mail Box 191<br>74998 Country Club Drive, Suite 220,<br>Palm Desert, CA 92260 | Jeffrey Tew, Esq.<br>Robert M. Stein, Esq.<br>Rennert Vogel Mandler & Rodriguez, P.A.<br>100 SE 2nd Street, 29th Floor<br>Miami, FL 33131<br>Attorneys for<br>    Perry Douglas West<br>    New Global Energy, Inc. |
| Marc Jay Bryant<br>13071 SW Merlin Place<br>Portland, OR 97223 | Bio-Global Resources, Inc.<br>c/o Registered Agent<br>National Registered Agents, Inc.<br>1908 Thomes Avenue<br>Cheyenne, WY 82001-3527 |
| Michael MacPhail, Esq.<br>Faegre Baker Daniels<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO 80203-4532<br>Phone: 303-607-3692<br>Attorney for Defendant<br>    John Charles Knight and<br>    Diversified Equities, Inc. | Diversified Equities Development, Inc.<br>c/o Registered Agent<br>CSC – Lawyers Incorporating Service,<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 |

    /s/ Leslie J. Hughes
    Leslie J. Hughes