Leslie J. Hughes (Colo. Bar No. 15043)
Email: Hugheslj@sec.gov
Stephen C. McKenna (Colo. Bar No. 28744)
Email: Mckennas@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, Colorado 80294-1961
Telephone: (303) 844-1000
Facsimile: (303) 297-3529

Local Counsel:
Douglas M. Miller (Cal. Bar No. 240398)
Email: Millerdou@sec.gov
Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>      vs.<br><br>DAVID HOWARD WELCH,<br>MARC JAY BRYANT,<br>JOHN CHARLES KNIGHT,<br>PERRY DOUGLAS WEST,<br>BIO-GLOBAL RESOURCES, INC.,<br>DIVERSIFIED EQUITIES, INC.,<br>DIVERSIFIED EQUITIES<br>DEVELOPMENT, INC.,<br>and NEW GLOBAL ENERGY, INC.,<br><br>           Defendants. | Case No. 5:17-cv-1968-JFW (AGRx)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR ENTRY OF PERMANENT INJUNCTION AND FINAL JUDGMENT AGAINST DEFENDANT NEW GLOBAL ENERGY, INC. and PERRY DOUGLAS WEST**<br><br>Date: January 28, 2019<br>Time: 1:30 p.m.<br>Ctrm: 7A<br>Judge Hon. John F. Walter |

SEC Notice of Motion for Permanent Injunction
and Final Judgment Against New Global and West

SEC v. Welch, et al.
Case No. 17-cv-1968-JFW (AGRx)

**TO ALL DEFENDANTS AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on January 28, 2019, or as soon thereafter as this motion may be heard, before the Honorable John F. Walter, in courtroom 7A of the United States District Court for the Central District of California, at 350 W. 1st Street, Los Angeles, California, Plaintiff Securities and Exchange Commission ("SEC") will submit this unopposed motion for entry of judgment for permanent injunction and final judgment against Defendants New Global Energy, Inc. ("New Global") and Perry Douglas West ("West") based upon their consents filed with this agreed motion.

The SEC moves for entry of permanent injunctions and final judgments against:

a) Defendant New Global enjoining it from violating Section 5 of the Securities Act of 1933 ("Securities Act") [15 U.S.C. § 77e]; ordering that it is liable for disgorgement of $1,203,899.00, together with prejudgment interest of $171,063.00 for a total of $1,374,962.00, with payment of disgorgement and prejudgment interest waived, and no civil penalty is imposed, based on New Global's Sworn Statement of Financial Information dated October 4, 2018 and other documents and information submitted to the SEC; barring New Global from participating in any offering of a penny stock for a period of three years; and ordering New Global to comply with the undertakings in its consent. Copies of New Global's consent and corporate resolution are submitted with this motion; and

b) Defendant West enjoining him from violating Section 5 of the Securities Act of 1933 ("Securities Act") [15 U.S.C. § 77e]; ordering West to pay a civil penalty of $30,000.00; barring West from participating in any offering of a penny stock for a period of three years; and ordering West to comply with the undertakings in his consent. A copy of West's consent is submitted with this motion.

The SEC requests that the Court enter final judgments against New Global and West under Fed. R. Civ. P. 54(b).

SEC Notice and Motion for Permanent Injunction Against Welch

1

SEC v. Welch, et al.
Case No. 17-cv-1968-JFW (AGRx)

1 | Undersigned counsel for the SEC certifies pursuant to L.R. 7-3, that she conferred with counsel for New Global and West, who have no objection to the SEC filing this unopposed motion for entry of judgments against New Global and West.

Dated: December 20, 2018.

/s/ Leslie J. Hughes

Leslie J. Hughes, Esq.
Attorney for Plaintiff
Securities and Exchange Commission

# CERTIFICATE OF SERVICE

I certify that on December 20, 2018, I caused true and correct copies of the foregoing to be served on the following by U.P.S. courier:

| |
|---|
| Jeffrey Tew, Esq.<br>Robert M. Stein, Esq.<br>Rennert Vogel Mandler & Rodriguez, P.A.<br>100 SE 2nd Street, 29th Floor<br>Miami, FL 33131<br>Attorneys for<br>    Perry Douglas West<br>    New Global Energy, Inc. |

s/ Elinor Blomgren
Elinor Blomgren

SEC Notice of Motion for Permanent Injunction
and Final Judgment Against New Global and West

SEC v. Welch, et al.
Case No. 17-cv-1968-JFW (AGRx)