# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **ED CV 17-1968-JFW (AGRx)** | Date: December 26, 2018 |

Title: Securities and Exchange Commission -v- David Welch, et al.

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**      ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF PERMANENT INJUNCTION AND FINAL JUDGMENT AGAINST DEFENDANT NEW GLOBAL ENERGY INC. AND PERRY DOUGLAS WEST [filed 12/20/2018; Docket No. 137]

    On December 20, 2018, Plaintiff Securities and Exchange Commission ("Plaintiff") filed an Unopposed Motion for Entry of Permanent Injunction and Final Judgment Against Defendant New Global Energy Inc. and Perry Douglas West. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for January 28, 2019 is hereby vacated and the matter taken off calendar. After considering the moving papers, and the arguments therein, the Court rules as follows:

    In light of the consent of Defendants New Global Energy Inc. and Perry Douglas West, Plaintiff's Unopposed Motion for Entry of Permanent Injunction and Final Judgment Against Defendant New Global Energy Inc. and Perry Douglas West is **GRANTED**. The Court signs the proposed Final Judgment as to New Global Energy Inc. [Docket No. 137-3] and the proposed Final Judgment as to Perry Douglas West [Docket No. 137-5], lodged with the Court on December 20, 2018.

    IT IS SO ORDERED.